SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
LETITIA R. KIM (SBN 200142)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7181
Facsimile:  (415) 436-6748
Email: letitia.r.kim@usdoj.gov

Attorneys for Federal Defendants
Secretary of the U.S. Department of Energy
and Lawrence Berkeley National Laboratory

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HENRY BERNARD JONES,                )
                                    )    CASE NO. C 07 2180 JCS
            Plaintiff,              )
                                    )    **NOTICE OF REMOVAL**
     v.                             )
JEFF WEINER,                        )
RICHARD FERNANDEZ,                  )
LAWRENCE BERKELEY                   )
NATIONAL LABORATORY,                )
SECRETARY, UNITED STATES            )
DEPARTMENT OF ENERGY, and           )
DOES 1 through 26, Inclusive,       )
                                    )
            Defendants.             )
                                    )

    TO:   Clerk, Superior Court
          County of Alameda
          1225 Fallon Street
          Oakland, California 94612

          Henry Bernard Jones - In Pro Se
          1613 Jasmine Circle
          Oakley, California 94561

    PLEASE TAKE NOTICE that on this day Case No. RG07317357 pending in the Alameda County Superior Court is being removed to the United States District Court for the Northern District of California pursuant to 28 U.S.C. §§ 1441(a), 1441(b), 1441(f), and 1442(a)(1) on behalf of federal

NOTICE OF REMOVAL
Jones v. Weiner et al.                          1

defendants Lawrence Berkeley National Laboratory and the Secretary of the U.S. Department of Energy. Upon direction by the Attorney General of the United States, the undersigned attorneys hereby present the following facts to the Judges of the United States District Court for the Northern District of California.

1. On March 23, 2007, Plaintiff filed a "civil rights" complaint in the Alameda County Superior Court. Plaintiff alleges that he was denied employment at Lawrence Berkeley National Laboratory because of his race and age. Specifically, he was not selected for the position of Senior Manager, Procurement and Property Department. Plaintiff's claims against all Defendants include intentional tort (first through fourth) and general negligence (fifth) causes of action. He seeks compensatory damages, punitive damages and exemplary damages.

2. On March 28, 2007, the U.S. Department of Energy received a copy of the Summons and Complaint. Copies of the Summons and Complaint are attached at Exh. A pursuant to 28 U.S.C. § 1446(a), which constitute the only process, pleadings, or order which have been received. No trial has been had in this action.

3. This action must be removed to federal district court because it is an action against the Secretary of the U.S. Department of Energy and the Lawrence Berkeley National Laboratory, an entity which is part of the Department of Energy. Original jurisdiction lies in a federal forum under 28 U.S.C. § 1331 (civil actions arising under the Constitution, laws or treaties of the United States), and other applicable authorities

4. A copy of this Notice is being filed with the Clerk of the Alameda County Superior Court. That filing will automatically effect the removal of the action described above, in its entirety to this Court for all future proceedings pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

DATED: April 19, 2007          By: _____
                                    LETITIA R. KIM
                                    Assistant United States Attorney

NOTICE OF REMOVAL
Jones v. Weiner et al.                    2

# Attachment A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
JEFF WEINER, RICHARD FERANANDEZ, LAWRENCE
BEREKELEY NATIONAL LABORATORY, SECRETARY UNITED
STATES DEPARTMENT OF ENERGY, DOES 1 TO 25

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
HENRY BERNARD JONES

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*
FILED
ALAMEDA COUNTY
07 MAR 23 PM 3:06
CLERK OF THE SUPERIOR COURT
BY _____ DEPUTY

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
   There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
   Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of Alameda
1225 FALLON STREET, OAKLAND, CALIFORNIA 94612

CASE NUMBER: **RG07317357**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
HENRY BERNARD JONES        925-625-3505
11613 Jasmine Circle, Oakley, California 94561

DATE: MAR 23 2007         Clerk, by _____, Deputy
*(Fecha)*                 *(Secretario)*                *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ✓ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com


EXHIBIT A

*6561707*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| HENRY BERNARD JONES<br>1613 Jasmine Circle<br>Oakley, California 94561<br>TELEPHONE NO: 925-625-3505   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): In Pro Se | FILED<br>ALAMEDA COUNTY<br>07 MAR 23 PH 3:07<br>CLERK OF THE SUPERIOR COURT<br>BY_____ DEPUTY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA<br>STREET ADDRESS: 1225 Fallon Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: OAKLAND, CA 94612<br>BRANCH NAME: RCD | |
| PLAINTIFF: HENRY BERNARD JONES<br>DEFENDANT: JEFF WEINER, RICHARD FERNANDEZ, et al.<br>[✓] DOES 1 TO 225 | |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>[ ] AMENDED (Number):<br>Type (check all that apply):<br>[ ] MOTOR VEHICLE   [ ] OTHER (specify):<br>[ ] Property Damage   [ ] Wrongful Death<br>[ ] Personal Injury   [✓] Other Damages (specify): Civil Rights | |
| Jurisdiction (check all that apply):<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>Amount demanded [ ] does not exceed $10,000<br>[ ] exceeds $10,000, but does not exceed $25,000<br>[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>[ ] from limited to unlimited<br>[ ] from unlimited to limited | CASE NUMBER:<br>RG07317357 |

1. Plaintiff (name or names): HENRY BERNARD JONES
   alleges causes of action against defendant (name or names):
   JEFF WEINER, RICHARD FERNANDEZ, LAWRENCE BERKLEY NATIONAL LABORATORY, Secretary
2. This pleading, including attachments and exhibits, consists of the following number of pages: United States Department of Energy
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]
COMPLAINT—Personal Injury, Property
Damage, Wrongful Death
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001

| SHORT TITLE: JONES v. WEINER, et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): LAWRENCE LAB.
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☑ a public entity (describe):
         An entity of the U.S. Dept. of Energy
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☑ except defendant (name): U.S. Dept. of Energy
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☑ a public entity (describe):
         Department of the U.S. Government
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): DOES 1 TO 25 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): DOES 1 TO 25 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☑ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| JONES v. WEINER, et al. | |

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☑ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☑ Other (specify):
   Violation of Civil Rights on the Basis of Race; Violation of Civil Rights on the Basis of Age; Intentional Interfeerence With Prospective Economic Advantage

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☑ general damage
   e. ☐ property damage
   f. ☑ loss of earning capacity
   g. ☐ other damage (specify):

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☑ punitive damages
      The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) ☑ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: March 22, 2007

HENRY BERNARD JONES
(TYPE OR PRINT NAME)

▶ *Henry Bernard Jones*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]     COMPLAINT—Personal Injury, Property Damage, Wrongful Death     Page 3 of 3

| | |
|---|---|
| SHORT TITLE: JONES v. WEINER, et al. | CASE NUMBER |

PLD-PI-001(3)

**FIRST**      **CAUSE OF ACTION—Intentional Tort**      Page __4__
(number)

ATTACHMENT TO ☒ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: HENRY BERNARD JONES

alleges that defendant *(name)*: JEFF WEINER, RICHARD FERNANDEZ, et al.

☒ Does __1__ to __25__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)*: June, 2005
at *(place)*: Berkeley, California

*(description of reasons for liability):*

    The plaintiff herein, Henry Bernard Jones, was without cause or justification summarily rejected for employment with the defendants Lawrence Berkeley National Laboratory, hereinafter referred to as LBNL, an entity located in Berkeley, California, as part of the United States Department of Energy, hereinafter referred to as U.S.D.O.E., as a Senior Manager, Procurement and Property Department, by the defendant Richard Fernandez, upon the recommendation of the defendant Jeff Weiner, in November of 2004.

    In June of 2005, the position of Senior Manager, Procurement and Property Department, was filled by another LBNL employee, David Chen, said employee believed by the plaintiff to be less qualified than the plaintiff, and favored because of his race by the defendants Jeff Weiner and Richard Fernandez. Since June of 2005, the plaintiff has sought of the defendants, and each of the defendants, some explanation of the defendants summary rejection of the plaintiff, but has yet to have received a response that the plaintiff believes to be fair and reasonable.

    The plaintiff believes that he has been denied employment with the defendant LBNL and the U.S.D.O.E. because of his race which Black.

    The defendants Jeff Weiner and Richard Fernandez have intentionally denied the plaintiff employment because of his race and while they were acting as representatives, employees, and agents of the defendants LBNL and the U.S.D.O.E..

    The defendants Jeff Weiner, Richard Fernandez, LBNL, and U.S.D.O.E. have violated the plaintiff's civil rights as prohibited against by Title VII of the Civil Rights Act of 1964, by 42 U.S.C. 2000e, et. seq., and, by 42 U.S.C. 1983.

    The defendants Jeff Weiner, Richard Fernandez, LBNL, and U.S.D.O.E. have violated the plaintiff's civil rights as prohibited against by Title VII of the Civil Rights Act of 1964, by 42 U.S.C. 2000e, et. seq., and, by 42 U.S.C. 1983 because of the plaintiff's race, which is Black..

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Intentional Tort**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(3)

| SHORT TITLE: JONES w. WEINER, et al. | CASE NUMBER |
|---|---|

__SECOND__ CAUSE OF ACTION—Intentional Tort      Page __5__
(number)

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: HENRY BERNARD JONES

alleges that defendant *(name)*: JEFF WEINER, RICHARD FERNANDEZ, et al.

[✓] Does __1__ to __25__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)*: June, 2005
at *(place)*: Berkeley, California

*(description of reasons for liability)*:

   The plaintiff incorporates herein by reference each and all paragraphs of the FIRST CAUSE OF ACTION, herein.
   The plaintiff herein, Henry Bernard Jones, was without cause or justification summarily rejected for employment with the defendants Lawrence Berkeley National Laboratory, hereinafter referred to as LBNL, an entity located in Berkeley, California, as part of the United States Department of Energy, hereinafter referred to as U.S.D.O.E., as a Senior Manager, Procurement and Property Department, by the defendant Richard Fernandez, upon the recommendation of the defendant Jeff Weiner, in November of 2004.
   In June of 2005, the position of Senior Manager, Procurement and Property Department, was filled by another LBNL employee, David Chen, said employee believed by the plaintiff to be less qualified than the plaintiff, and favored because of his age by the defendants Jeff Weiner and Richard Fernandez. Since June of 2005, the plaintiff has sought of the defendants, and each of the defendants, some explanation of the defendants summary rejection of the plaintiff, but has yet to have received a response that the plaintiff believes to be fair and reasonable.
   The plaintiff believes that he has been denied employment with the defendant LBNL and the U.S.D.O.E. because of his age, which is over 40 years.
   The defendants Jeff Weiner and Richard Fernandez have intentionally denied the plaintiff employment because of his age and while they were acting as representatives, employees, and agents of the defendants LBNL and the U.S.D.O.E..
   The defendants Jeff Weiner, Richard Fernandez, LBNL, and U.S.D.O.E. have violated the plaintiff's civil rights as prohibited against by the Age Discrimination in Employment Act of 1967, (ADEA), and by 42 U.S.C. 1983.
   The defendants Jeff Weiner, Richard Fernandez, LBNL, and U.S.D.O.E. have violated the plaintiff;s civil rights as prohibited against by the Age Discrimination in Employment Act of 1967, (ADEA), and by 42 U.S.C. 1983 because of the plaintiff's age, which is over 40 years.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

CAUSE OF ACTION-Intentional Tort

Code of Civil Procedure, § 435.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

| SHORT TITLE: JONES v. WEINER, et al. | CASE NUMBER |
|---|---|

| THIRD | CAUSE OF ACTION—Intentional Tort | Page 6 |
|---|---|---|
| (number) | | |

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1.. Plaintiff *(name):* HENRY BERNARD JONES

alleges that defendant *(name):* JEFF WEINER, RICHARD FERNANDEZ, et al.

[✓] Does __1__ to __25__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)* June, 2005
at *(place)* Berkeley, California

*(description of reasons for liability):*

The plaintiff incorporates herein by reference each and all paragraphs of the SECOND CAUSE OF ACTION, herein.

The plaintiff herein, Henry Bernard Jones, was without cause or justification summarily rejected for employment with the defendants Lawrence Berkeley National Laboratory, hereinafter referred to as LBNL, an entity located in Berkeley, California, as part of the United States Department of Energy, hereinafter referred to as U.S.D.O.E., as a Senior Manager, Procurement and Property Department, by the defendant Richard Fernandez, upon the recommendation of the defendant Jeff Weiner, in November of 2004.

In June of 2005, the position of Senior Manager, Procurement and Property Department, was filled by another LBNL employee, David Chen, said employee believed by the plaintiff to be less qualified than the plaintiff, and favored because of his race and age by the defendants Jeff Weiner and Richard Fernandez. Since June of 2005, the plaintiff has sought of the defendants, and each of the defendants, some explanation of the defendants summary rejection of the plaintiff, but has yet to have received a response that the plaintiff believes to be fair and reasonable.

The plaintiff believes that he has been denied employment with the defendant LBNL and the U.S.D.O.E. because of his race, which is Black, and because of his age, which is over 40 years.

The defendants Jeff Weiner and Richard Fernandez have intentionally denied the plaintiff employment because of his race and age and while they were acting as representatives, employees, and agents of the defendants LBNL and the U.S.D.O.E..

The defendants Jeff Weiner, Richard Fernandez, LBNL, and U.S.D.O.E. have, by their wrongful actions, and by their wrongful failures to act, intentionally interfered with plaintiff's prospective economic advantages, causing the plaintiff injury and damages.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

CAUSE OF ACTION—Intentional Tort

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

| SHORT TITLE: JONES v. WEINER, et al. | CASE NUMBER |
|---|---|

<u>FOURTH</u>  CAUSE OF ACTION—Intentional Tort   Page ___7___
(number)

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: HENRY BERNARD JONES

alleges that defendant *(name)*: JEFF WEINER, RICHARD FERNANDEZ, et al.

[✓] Does __1__ to __25__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)* June, 2005
at *(place)* Berkeley, California

*(description of reasons for liability)*:

   The plaintiff incorporates herein by reference each and all paragraphs of the THIRD CAUSE OF ACTION, herein.
   The plaintiff herein, Henry Bernard Jones, was without cause or justification summarily rejected for employment with the defendants Lawrence Berkeley National Laboratory, hereinafter referred to as LBNL, an entity located in Berkeley, California, as part of the United States Department of Energy, hereinafter referred to as U.S.D.O.E., as a Senior Manager, Procurement and Property Department, by the defendant Richard Fernandez, upon the recommendation of the defendant Jeff Weiner, in November of 2004.
   In June of 2005, the position of Senior Manager, Procurement and Property Department, was filled by another LBNL employee, David Chen, said employee believed by the plaintiff to be less qualified than the plaintiff, and favored because of his race and age by the defendants Jeff Weiner and Richard Fernandez. Since June of 2005, the plaintiff has sought of the defendants, and each of the defendants, some explanation of the defendants summary rejection of the plaintiff, but has yet to have received a response that the plaintiff believes to be fair and reasonable.
   The plaintiff believes that he has been denied employment with the defendant LBNL and the U.S.D.O.E. because of his race, which is Black, and because of his age, which is over 40 years.
   The defendants Jeff Weiner and Richard Fernandez have intentionally denied the plaintiff employment because of his race and age and while they were acting as representatives, employees, and agents of the defendants LBNL and the U.S.D.O.E..
   The defendants Jeff Weiner, Richard Fernandez, LBNL, and U.S.D.O.E. have intentionally acted extremely and outrageously, and with the intent to cause the plaintiff emotional distress and serious physical injury, and have in fact, by their intentionally wrongful actions, and intentionally wrongful failures to act, caused the plaintiff emotional distress resulting in and serious and severe physical injury.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

CAUSE OF ACTION—Intentional Tort

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

| | |
|---|---|
| SHORT TITLE: JONES v. WEINER, et al. | CASE NUMBER: |

PLD-PI-001(2)

FIFTH      **CAUSE OF ACTION—General Negligence**     Page 8
*(number)*

ATTACHMENT TO [✓] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* HENRY BERNARD JONES

alleges that defendant *(name):* JEFF WEINER, RICHARD FERNANDEZ, et al.

[✓] Does 1 to 25

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):* June, 2005
at *(place):* Berkeley, California

*(description of reasons for liability):*

    The plaintiff incorporates herein by reference each and all paragraphs of the FOURTH CAUSE OF ACTION, herein.
    The defendants Jeff Weiner, Richard Fernandez, LBNL, and U.S.D.O.E. have acted beyond the bounds of all reasons while having a duty not to cause the plaintiff emotional distress and serious physical injury. The defendants, and each defendant, knew, or should have known, and should reasonably have foreseen, that their wrongful actions, and their wrongful failures to act, would cause the plaintiff emotional distress and severe and serious physical injury.
    The defendants, and each of the defendants, have acted, and have failed to act, in breach of the duty owed the plaintiff, and have caused, and proximately caused, the plaintiff emotional distress and severe and serious physical injury.

Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]
**CAUSE OF ACTION—General Negligence**
Code of Civil Procedure 425.12
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

| SHORT TITLE: JONES v. WEINER, et al. | CASE NUMBER: |
|---|---|

PLD-PI-001(6)

## Exemplary Damages Attachment

Page 9

ATTACHMENT TO  ☒ Complaint   ☐ Cross - Complaint

**EX-1.** As additional damages against defendant (name):

JEFF WEINER, RICHARD FERNANDEZ, LBNL, U.S.D.O.E.

Plaintiff alleges defendant was guilty of

☒ malice
☐ fraud
☒ oppression

as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages to make an example of and to punish defendant.

**EX-2.** The facts supporting plaintiff's claim are as follows:

The plaintiff incorporates herein by reference each and all paragraphs of the FIRST, SECOND, THIRD, FOURTH, and FIFTH CAUSES OF ACTION, herein.

**EX-3.** The amount of exemplary damages sought is

a. ☒ not shown, pursuant to Code of Civil Procedure section 425.10.
b. ☐ $

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(6) [Rev. January 1, 2007]

Exemplary Damages Attachment

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

Page 1 of 1

## VERIFICATION

I, Henry Bernard Jones, am the plaintiff in this action. I have read the foregoing Complaint for Damages, and know the contents thereof. I declare that the same is true of my own knowledge, except as to those matters which are therein stated upon my information and belief, and as to those matters I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 22, 2007 at Oakland, California.

_____
HENRY BERNARD JONES-Plaintiff In Pro Se

**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

---

CERTIFIED MAIL
5068 1654

950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PHB, Room 4239
Washington, DC 20530

Mr. Henry B. Jones
1613 Jasmine Cir.
Oakley, CA 94561

December 22, 2006

Re: EEOC Charge Against Lawrence Berkeley Nat. Lab., Dept. of Employ. Opp., et al.
No. 376200500809

Dear Mr. Jones:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice. If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney. If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires. Your request to the Court should be made well before the end of the time period mentioned above. A request for representation does not relieve you of the obligation to file suit within this 90-day period.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Wan J. Kim
Assistant Attorney General
Civil Rights Division

by *Karen J. Ferguson*

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: San Francisco District Office, EEOC
Lawrence Berkeley Nat. Lab., Dept. of Employ. Opp., et al.

EEOC Form 161-B (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Henry B. Jones<br>1613 Jasmine Circle<br>Oakley, CA 94561 | From: | San Francisco District Office - 550<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 376-2005-00809 | Thomas P. Magee,<br>Investigator | (415) 625-5668 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

☐ More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

☒ The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

H. Joan Ehrlich,
District Director

DEC 22 2006

Enclosures(s)          (Date Mailed)

cc: Harry Reed
Work Force Diversity Officer
UNIVERSITY OF CALIFORNIA
Lawrence Berkeley Nat Lab
1 Cyclotorn Rd M S 937-614
Berkeley, CA 94720

Enclosure with EEOC
Form 151-B (3/98)

## INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This Information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge within 90 days of the date you receive this Notice. Therefore, you should keep a record of this date. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed within 90 days of the date this Notice was *mailed* to you (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred more than 2 years (3 years) before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit before 7/1/02 – not 12/1/02 – in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION -- **Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, please make your review request within 6 months of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*