SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
Facsimile: (415) 436-6748
jennifer.s.wang@usdoj.gov

Attorneys for Defendant
SECRETARY OF THE
U.S. DEPARTMENT OF ENERGY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HENRY BERNARD JONES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEFF WEINER, RICHARD ) <br> FERNANDEZ, LAWRENCE ) <br> BERKELEY NATIONAL ) <br> LABORATORY, SECRETARY OF THE ) <br> DEPARTMENT OF ENERGY, ) <br> ) <br> Defendants. ) <br> ) | No. 07-2180 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT SECRETARY OF THE U.S. DEPARTMENT OF ENERGY** |

1. On or about March 23, 2007, plaintiff Henry Bernard Jones, appearing *pro se*, filed suit in Alameda Superior Court against Jeff Weiner; Richard Fernandez; Lawrence Berkeley National Laboratory ("LBNL"); the Secretary of the United States Department of Energy ("the federal defendant"); and DOES 1 through 25.

STIP. & [PROP.] ORDER TO FRCP 41(a) DISMISSAL
C 07-2180 JSW

2. The federal defendant removed the case to the United States District Court on April 19, 2007 and answered the Complaint on April 26, 2007. In removing the case, the federal defendant erroneously also moved on behalf of the LBNL, which is not a legal entity, and thus, not a proper defendant in this action.

3. Plaintiff is now represented by counsel and has asked the parties to stipulate to the dismissal of the federal defendant pursuant to Federal Rule of Civil Procedure 41(a).

4. The parties do not oppose the dismissal of the federal defendant pursuant to Federal Rule of Civil Procedure 41(a), with each party bearing its own costs and attorney's fees.

IT IS SO STIPULATED.

DATED: August 31, 2007        Respectfully submitted,
                              SCOTT N. SCHOOLS
                              United States Attorney


                                      /s/
                              _____
                              JENNIFER S WANG
                              Assistant United States Attorney
                              Attorneys for Defendant
                              Secretary of the U.S. Department of Energy


DATED: August 31, 2007                /s/
                              _____
                              MICHAEL J. REED
                              Attorney for Plaintiff


DATED: August 31, 2007                /s/
                              _____
                              DOUGLAS H. BARTON
                              Attorney for Defendants Jeff Weiner, Jeffrey
                              Fernandez, and the Regents of the University
                              of California for the Lawrence Berkeley
                              National Laboratory

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the federal defendant, the Secretary of the United States Department of Energy, is dismissed from this action pursuant to Federal Rule of Civil Procedure 41(a), with each party bearing its own costs and attorney's fees.

DATED: September 10, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE