HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
DOUGLAS H. BARTON - 42698
MOLLY A. LEE - 232477
dbarton@hansonbridgett.com
mlee@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BERNARD JONES,<br><br>Plaintiff,<br><br>v.<br><br>JEFF WEINER; RICHARD FERNANDEZ; LAWRENCE BERKELEY NATIONAL LABORATORY; SECRETARY OF THE DEPARTMENT OF ENERGY,<br><br>Defendants. | No. C 07-2180 JSW<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-EXPERT DISCOVERY<br><br>Judge: Honorable Jeffrey S. White<br>Trial Date: July 14, 2008 |

The Court's Order Scheduling Trial and Pretrial Matters, dated August 27, 2007, provides for the close of non-expert discovery on February 4, 2008. Counsel for both parties have proceeded diligently to schedule and complete all non-expert discovery within the prescribed time. Unfortunately, Bernadette Cu-Todd, a fact witness scheduled to be deposed by Plaintiff's counsel on January 30, 2008, cannot attend her deposition due to the illness of a young child to whom she must attend. Counsel for the parties have conferred concerning the next available date to schedule this deposition and have determined that to be February 8, 2008. As a consequence, counsel have stipulated, subject to the Court's approval, to extend non-expert discovery through February 8, 2008 for the limited purpose of taking the deposition of Bernadette Cu-Todd. Counsel agree that this 4-day extension of non-expert discovery will have no impact upon their

ability to comply with the Court's Order Scheduling Trial and Pretrial Matters in any other respect. Accordingly, counsel respectfully request the Court to extend the date for close of non-expert discovery to February 8, 2008.

Respectfully Submitted,

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

DATED: January 30, 2008

By: /s/ Douglas H. Barton
DOUGLAS H. BARTON
MOLLY A. LEE
Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

DATED: January 30, 2008

By: s/ Michael J. Reed
MICHAEL J. REED
Attorney for Plaintiff
HENRY BERNARD JONES

IT IS SO ORDERED.

DATED: January 31, 2008.

THE HONORABLE JEFFREY S. WHITE

(D241.040)

- 2 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-EXPERT

1411955.1